McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00188-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION, FINDINGS, AND ORDER |
| v. | DATE: May 15, 2020 |
| JUAN RIOS SOLIS, | TIME: 8:30 a.m. |
| | COURT: Hon. Dale A. Drozd |
| Defendant. | |

This case is set for sentencing on May 15, 2020. On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1. This and previous General Orders were entered to address public health concerns related to COVID-19.

Although the General Orders address the district-wide health concern, the Supreme Court has emphasized that the Speedy Trial Act's end-of-justice provision "counteract[s] substantive openendedness with procedural strictness," "demand[ing] on-the-record findings" in a particular case. *Zedner v. United States*, 547 U.S. 489, 509 (2006). "[W]ithout on-the-record findings, there can be no exclusion under" § 3161(h)(7)(A). *Id.* at 507. Moreover, any such failure cannot be harmless. *Id.* at 509; *see also United States v. Ramirez-Cortez,* 213 F.3d 1149, 1153 (9th Cir. 2000) (explaining that a judge ordering an ends-of-justice continuance must set forth explicit findings on the record "either orally or in writing").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 15, 2020.

2. By this stipulation, defendant now moves to continue the sentencing until July 24, 2020. Since this is a sentencing, no time exclusion is needed.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to prepare for the sentencing hearing and the COVID-19 pandemic has presented some obstacles in preparation of the matter. Additionally, the defendant needs an interpreter and that complicates the preparation process given the current situation.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Probation has no objection to the date requested.

    e) Based on the above-stated findings, the ends of justice are served by continuing the case as requested.

IT IS SO STIPULATED.

Dated:  April 23, 2020
McGREGOR W. SCOTT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  April 23, 2020
/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for Defendant
JUAN RIOS SOLIS

**ORDER**

Pursuant to the parties' stipulation, the sentencing hearing in this action is hereby continued to July 24, 2020 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: __**April 23, 2020**__          /s/ Dale A. Drozd
                                      UNITED STATES DISTRICT JUDGE